| | | |
|---|---|---|
| ROBERT VITEK<br>1350 Riverwood Way<br>Baltimore, MD 21226 | * <br> * | IN THE <br> CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | ANNE ARUNDEL COUNTY |
| FREIGHTQUOTE.COM, INC.,<br>901 West Carondelet Drive<br>Kansas City, MO 64114 | * <br><br> * | |
| Serve On: | * | |
| CSC-Lawyers Incorporating<br>Service Company<br>Resident Agent<br>221 Bolivar Street<br>Jefferson City, MO 65101 | * <br><br> * <br><br> * | |
| and | * | |
| C.H. ROBINSON WORLDWIDE, INC.<br>14701 Charlson Road<br>Eden Prairie, MN 55347-5076 | * <br><br> * | |
| Serve On: | * | |
| Corporation Service Company<br>2345 Rice Street. Suite 230<br>Roseville, MN 55113 | * <br><br> * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>COMPLAINT</u>
<u>PRAYER FOR JURY TRIAL</u>
<u>CIVIL INFORMATION SHEET</u>

Robert Vitek, Plaintiff, by Mark C. Miller and Blondell, Miller, & Schuler, his attorneys, sues the Defendants,

Freightquote.com, Inc. and C.H. Robinson Worldwide, Inc., to wit:

## PREAMBLE

1. Robert Vitek, Plaintiff, is a resident of Anne Arundel County, Maryland.

2. Defendant, Freightquote.com, Inc. (hereinafter Freightquote), is a Missouri corporation that carries on regular business in Anne Arundel County, Maryland.

3. Defendant, C.H. Robinson Worldwide, Inc. (hereinafter C.H. Robinson), is a Minnesota corporation that carries on regular business in Anne Arundel County, Maryland.

4. This action arises from injuries sustained by the Plaintiff while delivering freight brokered by the Defendants in Anne Arundel County, Maryland.

## FACTS

5. At all times relevant to this action, the Plaintiff, Robert Vitek, was a freight delivery driver for the carrier, R & L Carriers Shared Services, LLC (hereinafter R & L Carriers).

6. At all times relevant to this action, the Defendant, Freighquote, was an intermediary broker who enlisted the services of various freight delivery carriers to deliver freight from a shipper to a receiver.

7. At all times relevant to this action, the Defendant, Freightquote, was a subsidiary of the Defendant, C.H. Robinson.

8. At some point prior January 4, 2017, Defendant, Freightquote, was contracted by Westview Manufacturing to find a carrier to deliver a gazebo to a residential customer.

9. Upon agreeing to the contract, Westview Manufacturing provided to Freightquote special instructions as to the proper method of the delivery for the gazebo to minimize risk to life and limb.

10. Defendant, Freightquote, in turn, hired R & L Carriers to be the carrier to deliver the gazebo to a residential customer.

11. Upon hiring R & L Carriers, Defendant, Freightquote, failed to forward any of the special instructions that had be provided by Westview Manufacturing for safe delivery of the gazebo to R & L Carriers.

12. On January 4, 2017, the Plaintiff, Robert Vitek, as an employee of R & L Carriers, was assigned the task of delivering the gazebo to the residential customer.

13. Unbeknownst to Plaintiff Vitek and R & L Carriers, the manufacturer had advised that the gazebo should have been split into three smaller packages and no less than three individuals should be involved in the delivery.

14. None of this information was available because Defendant, Freightquote, failed to provide it.

15. Upon arrival at the delivery residence on January 4, 2017, the Plaintiff attempted to unload the gazebo which was contained in one crate weighing 2080 pounds.

16. After maneuvering the crate onto the liftgate with a manual pallet jack, Plaintiff Vitek climbed down from the truck and checked the crate and pallet jack to make sure it was not caught on any portion of the truck.

17. Suddenly and without warning, the crate toppled off the lift striking the Plaintiff on the head, knocking him to the ground and then fell on both of his legs, crushing them.

## COUNT ONE
### Negligence

Now comes the Plaintiff, Robert Vitek, and sues the Defendant, Freightquote.com, Inc., and realleges and incorporates by reference all those facts and allegations in paragraphs one through seventeen above and further alleges:

18. The Defendant, Freightquote, owed the Plaintiff a duty to forward any and all special instructions (or other relevant information) from the manufacturer of the gazebo for its delivery to the Plaintiff and his employer.

19. The Defendant, Freightquote, knew or should have known that these special instructions varied from the industry standards for delivery.

20. The Defendant, Freightquote, knew or should have known that these special instructions were most vital to the carrier and the freight delivery driver responsible for delivering the freight to the receiver.

21. The Defendant, Freightquote, breached the duty owed to the Plaintiff by:

    a. Failing to provide the special instructions for delivery of the gazebo to the carrier and its employee, the Plaintiff.

    b. Failing to provide this information to the carrier and its employee, the Plaintiff, despite knowing the vitally important nature of this information.

    c. And, was, in other respects not yet known, negligent.

22. As a direct and proximate result of the negligence and carelessness of the Defendant, Freightquote, the Plaintiff:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotion distress, loss of the capacity for the enjoyment of life;

    b. was, is and will be required to undergo medical treatment and to incur medical costs and

expenses in order to alleviate injuries, pain and suffering;

c. was, is and will be precluded from engaging in normal activities and pursuits;

d. suffered loss of earnings and was, is and will be precluding from earning wages in the future;

e. and, otherwise was hurt, injured and caused to sustain losses.

23. All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant, Freightquote, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

## COUNT TWO
### Negligence

Now comes the Plaintiff, Robert Vitek, and sues the Defendant, C.H. Robinson Worldwide, Inc., and realleges and incorporates by reference all those facts and allegations in paragraphs one through twenty-three above and further alleges:

24. The Defendant, C.H. Robinson, as parent company of Freightquote, owed the Plaintiff a duty to forward any and all special instructions (or other relevant information) from the

6

manufacturer of the gazebo for its delivery to the Plaintiff and his employer.

25. The Defendant, C.H. Robinson, as parent company of Freightquote, knew or should have known that these special instructions varied from the industry standards for delivery.

26. The Defendant, C.H. Robinson, as parent company of Freightquote, knew or should have known that these special instructions were most vital to the carrier and the freight delivery driver responsible for delivering the freight to the receiver.

27. The Defendant, C.H. Robinson, as parent company of Freightquote, breached the duty owed to the Plaintiff by:

    a. Failing to provide the special instructions for delivery of the gazebo to the carrier and its employee, the Plaintiff.

    b. Failing to provide this information to the carrier and its employee, the Plaintiff, despite knowing the vitally important nature of this information.

    c. And, was, in other respects not yet known, negligent.

28. As a direct and proximate result of the negligence and carelessness of the Defendant, C.H. Robinson, as parent company of Freightquote, the Plaintiff:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotion distress, loss of the capacity for the enjoyment of life;

    b. was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

    c. was, is and will be precluded from engaging in normal activities and pursuits;

    d. suffered loss of earnings and was, is and will be precluding from earning wages in the future;

    e. and, otherwise was hurt, injured and caused to sustain losses.

29. All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant, C.H. Robinson, as parent company of Freightquote, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

                                              BLONDELL, MILLER & SCHULER

                                        Mark C. Miller (CPF# 9312150253)
                                        628 Eastern Boulevard
                                        Baltimore, MD 21221
                                        Phone:  (410)687-7878
                                        Fax:    (410)687-4657
                                        Email:  mark@blondellmiller.com
                                        Attorney for Plaintiff

| | | |
|---|---|---|
| ROBERT VITEK<br>1350 Riverwood Way<br>Baltimore, MD 21226 | *<br>* | IN THE<br>CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | ANNE ARUNDEL COUNTY |
| FREIGHTQUOTE.COM, INC.,<br>901 West Carondelet Drive<br>Kansas City, MO 64114 | *<br>* | |
| Serve On: | * | |
| CSC-Lawyers Incorporating<br>Service Company<br>Resident Agent<br>221 Bolivar Street<br>Jefferson City, MO 65101 | *<br>*<br>* | |
| and | * | |
| C.H. ROBINSON WORLDWIDE, INC.<br>14701 Charlson Road<br>Eden Prairie, MN 55347-5076 | *<br>* | |
| Serve On: | * | |
| Corporation Service Company<br>2345 Rice Street. Suite 230<br>Roseville, MN 55113 | *<br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRAYER FOR JURY TRIAL

SIR OR MADAM CLERK:

The Plaintiff elects and prays to have this case tried before a jury.

BLONDELL, MILLER & SCHULER

_/s/ Mark C. Miller_

Mark C. Miller (CPF# 9312150253)
628 Eastern Boulevard
Baltimore, MD 21221
Phone:  (410)687-7878
Fax:    (410)687-4657
Email:  mark@blondellmiller.com
Attorney for Plaintiff
